# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 25-60568
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 5, 2026

Lyle W. Cayce
Clerk

Mirabel Kume Yong,

*Petitioner*,

*versus*

Pamela Bondi, *U.S. Attorney General*,

*Respondent*.

———————————————————

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A095 897 379

———————————————————

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Mirabel Kume Yong, a native and citizen of Cameroon, petitions for review of the decision of the Board of Immigration Appeals (BIA) denying her motion to reopen. She challenges the BIA's denial of sua sponte

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-60568

regulatory reopening under 8 C.F.R. § 1003.2(a), contending that the BIA failed to properly consider and weigh the positive equities in her case.

The Government argues that this court lacks jurisdiction to review Yong's challenge. The Government is correct. We lack jurisdiction to review the BIA's denial of sua sponte regulatory reopening because there is no legal standard by which to judge the BIA's discretionary decision under § 1003.2(a). *See Garcia-Gonzalez v. Garland*, 76 F.4th 455, 465 (5th Cir. 2023). Yong does not brief any argument contesting the BIA's determination that her motion to reopen was untimely under 8 U.S.C. § 1229a(c)(7)(C)(i). She has thus waived any such challenge. *See Medina Carreon v. Garland*, 71 F.4th 247, 255 (5th Cir. 2023).

The petition for review is DISMISSED.